**Opinion issued July 7, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00201-CV

_____

**TIMOTHY R. RAX, Appellant**

**V.**

**BRAEBURN VALLEY WEST CIVIC ASSOCIATION, INC., Appellee**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Case No. 2025-47768**

---

## MEMORANDUM OPINION

This is an appeal from a final judgment signed October 27, 2025. Appellant Timothy R. Rax has not paid the fee for the clerk's record or the required filing fee and has not established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1 (indigence), 37.3(b) (allowing dismissal of appeal if no clerk's record filed

due to appellant's fault); *see also* Tex. Gov't Code §§ 51.207, 51.208, 51.851(b), 51.941(a); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No.24-9047 (Tex. July 26, 2024), *reprinted in* Tex. R. App. P. app. A § B(1) (listing fees in courts of appeals).

Appellant failed to respond to our notices of March 24, 2026 (non-payment of filing fee) and April 7, 2026 (non-payment for clerk's record), which advised appellant that, should he not pay the fee for the clerk's record or the filing fee or establish indigence, this appeal was subject to dismissal. *See* Tex. R. App. P. 5 (allowing enforcement of rule), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault), 42.3(c) (allowing involuntary dismissal of case). Appellant has not responded to this Court's notices.

We dismiss the appeal. *See* Tex. R. App. P. 42.3, 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Caughey, Johnson, and Dokupil.